THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH MILLER,
Appellant.— Appeal dismissed. (See *People* v. *Flaherty*, 206 App. Div. 733;
*People* v. *Oliver*, 214 id. 804.) All concur. Present — Hubbs, P. J., Clark, Davis,
Sears and Taylor, JJ.

BETTY GRACE, Respondent, v. ISADORE SPEILLER, Appellant.— Judgment and
order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis,
Sears and Taylor, JJ.

WILLIAM SCHAPIRO, Respondent, v. TEOFIL TRUDY and Another, Appellants,
Impleaded with Another, Defendant.— Order reversed, motion granted, and
judgment vacated, with costs to appellant to abide event, unless the plaintiff
shall, within twenty days, stipulate to reduce the verdict by deducting the sum
of $720 and interest thereon from the date of the assignment, in which event the
judgment is modified accordingly and as so modified is, together with the order,
affirmed, without costs of this appeal to either party. Motion to have affidavit
received on argument denied. All concur. Present — Hubbs, P. J., Clark,
Davis, Sears and Taylor, JJ.

CATHERINE MAST, Respondent, v. KATHARINE RIEMAN, Also Known as KATHA-
RINE RIEMANRO, Appellant.— Order affirmed, with ten dollars costs and disburse-
ments. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFREDO LUCIANO,
Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs,
P. J., Clark, Davis, Sears and Crouch, JJ.

ARTHUR J. WHITTLETON, Appellant, v. INTERNATIONAL RAILWAY COMPANY,
Respondent.— Appeal dismissed, without costs, on stipulation filed. Present —
Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of DARRELL D. SULLY,
as Executor, etc., of CATHARINE R. WHITE, Deceased.— Motion granted and appeal
dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL DELANEY,
Appellant.— Appeal dismissed unless appellant shall file and serve the printed
briefs on appeal by April tenth. Present — Hubbs, P. J., Clark, Davis, Sears
and Crouch, JJ.

In the Matter of the Application of GEORGE W. HENNER and Others for an
Order with Reference to a Certain Ordinance of the City of Rochester and an
Assessment Roll Based Thereon.— Appeal from order entered December 14, 1922,
dismissed. Appeal from order entered September 5, 1925, dismissed, unless
appellant shall be ready to argue same at the May term. Present — Hubbs, P. J.,
Clark, Davis, Crouch and Taylor, JJ.

ADAM NORWICH, Respondent, v. L. BLACK & COMPANY, Appellant.— Appeal
dismissed unless appellant shall file and serve printed papers and briefs and pay
respondent's attorneys ten dollars by April fifteenth. Present — Hubbs, P. J.,
Clark, Davis, Crouch and Taylor, JJ.

JOSEPH INGOGLIA and Another, Appellants, v. HYMAN S. TANENBAUM and
Another, Respondents.— Appeal dismissed unless appellants shall file and serve
printed papers and briefs and pay to respondents' attorney ten dollars by April
fifteenth. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.